IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDDY SEGURA, | )<br>) |
| Petitioner, | )   8:12CV60<br>) |
| v. | )<br>) |
| ROBERT HOUSTON, | )   ORDER<br>) |
| Respondent. | )<br>) |

This matter is before the Court on petitioner's Motion for Leave to Proceed In Forma Pauperis ("IFP")(Filing No. 2). After filing the motion, petitioner paid the $5.00 filing fee. Accordingly,

IT IS ORDERED that petitioner's Motion for Leave to Proceed IFP is denied as moot.

DATED this 27th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.