IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
EDDY SEGURA,                    )
                                )
            Petitioner,         )        8:12CV60
                                )
      v.                        )
                                )
ROBERT HOUSTON,                 )        ORDER
                                )
            Respondent.         )
_____)
```

This matter is before the Court on petitioner Eddy Segura's Motion for Leave to Appeal in Forma Pauperis (Filing No. 21). On February 4, 2013, the Court dismissed Segura's Petition for Writ of Habeas Corpus with prejudice and declined to issue a certificate of appealability (Filing No. 19). Upon careful consideration,

IT IS ORDERED that pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Segura's financial status as shown in the records before the Court, leave to proceed in forma pauperis on appeal will be granted, and Segura is relieved from paying the appellate filing fee at this time.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court